# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFF S. DOUCET,
Appellant,
vs.
CITY OF LAS VEGAS,
Respondent.

No. 71022

**FILED**

SEP 01 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court dismissing an appeal from the municipal court. Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

cc:   Hon. Rob Bare, District Judge
      Jeff S. Doucet
      Attorney General/Carson City
      Las Vegas City Attorney
      Las Vegas City Attorney/Criminal Division
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-27241